# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | PB Michigan, LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 8 5 7 4 0 8 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 34665 Woodward Ave. <br> Number    Street | <br> Number    Street |
| Birmingham, MI 48009 <br> City                      State    ZIP Code | <br> City                      State    ZIP Code |
| Oakland <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City                      State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    PB Michigan, LLC
         Name                                                                    Case number *(if known)*

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes.  District  Eastern District of Michigan    When  8/30/2023   Case number  23-47628-LSG
                                                        MM / DD / YYYY
            District  Eastern District of Michigan    When  8/30/2023   Case number  23-21010-DOB
                                                        MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                   MM / DD / YYYY
         Case number, if known _____

Debtor    PB Michigan, LLC                                                    Case number *(if known)*
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49       ☐ 50-99       ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999     ☐ 10,001-25,000                    ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    PB Michigan, LLC                                    Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/28/2023
              MM/ DD/ YYYY

X  /s/ Allison LeMay                                Allison LeMay
   Signature of authorized representative of debtor   Printed name

Title                Member/Manager

**18. Signature of attorney**

X            /s/ Mark H. Shapiro                    Date   09/28/2023
   Signature of attorney for debtor                        MM/ DD/ YYYY

 Mark H. Shapiro
 Printed name

 Steinberg Shapiro & Clark
 Firm name

 25925 Telegraph Road Ste 203
 Number     Street

 Southfield                                         MI          48033
 City                                               State       ZIP Code

 _____                            shapiro@ssc-law.com
 Contact phone                                      Email address

 43134                                              MI
 Bar number                                         State

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: **PB Michigan, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____09/28/2023_____  Signature _____/s/ Allison LeMay_____
Allison LeMay, Member/Manager

28 Grand River, LLC
c/o Kevin Taylor, Esq.
6960 Orchard Lake Road Ste. 250
West Bloomfield, MI 48322


American Express
Po Box 981535
El Paso, TX 79998-1535


American Express Company
200 Vesey St
New York, NY 10285-3106


Best Buy Credit Services
PO Box 78009
Phoenix, AZ 85062-8009


Best Buy Headquarters
7601 Penn Ave S
Minneapolis, MN 55423-8500


Kathryn Suzanne Betcher
2054 Moorhouse Street
Ferndale, MI 48220


Beyond Yoga - Wholesale
11248 Playa Ct
Culver City, CA 90230-6127


Beyond Yoga - Wholesale
PO Box 103067
Pasadena, CA 91189-3067

Birmingham Place Associates, LLC
1221 Bowers St Unit 1869
Birmingham, MI 48012-7074


Birmingham Place Associates, LLC
1221 Bowers Street #1869
Birmingham, MI 48012


Boris Yankovich, Esq.
Yankovich Law, P.C.
415 Ocean View Ave Fl 3
Brooklyn, NY 11235-6828


C T Corporation System
Attn SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203


Chase
Cardmember Service
Po Box 15298
Wilmington, DE 19850-5298


City of Birmingham
Personal Property Taxes
PO Box 671732
Detroit, MI 48267-1732


City of Detroit
Property Tax Unit
2 Woodward Ave Rm 130
Detroit, MI 48226-3594


City of Detroit - Property Tax
PO Box 33193
Detroit, MI 48232-3193

Corporation Service Company
PO Box 2576
Springfield, IL 62708

CPS
5614 Connecticut Ave. NW 190
Washington, DC 20015-2604

Dish Network, LLC
c/o Allied Interstate, LLC
Po Box 19312
Minneapolis, MN 55419-0312

DTE
1 Energy Plz
Detroit, MI 48226-1221

Esurance Allstate
PO Box Box 660637
Dallas, TX 75266

Everstream Solutions, LLC
1228 Euclid Ave. #250
Cleveland, OH 44115

Firek, Jason
2159 Sexton Rd
Howell, MI 48843-8933

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Ln
Monroe, LA 71203-4774

Kapitus Servicing, Inc.
2500 Wilson Blvd Ste 350
Arlington, VA 22201-3873

Kevin R. Erskine, Esq.
Assistant US Attorney
211 W Fort St Ste 2001
Detroit, MI 48226-3220

Allison Emily LeMay
1991 Graham Road
Saginaw, MI 48609

Lorenz, Brandon
8387 Boulder Shores Dr.
South Lyon, MI 48178

Michigan Department of Treasury
Collections
PO Box 30199
Lansing, MI 48909

Nicholas Laue, Esq.
Keller & Almassian, PLC
230 Fulton St E
Grand Rapids, MI 49503-3211

Oakland County Treasurer
1200 N Telegraph Rd
Pontiac, MI 48341-1032

Office of the Chief Financial Officer
City of Detroit Treasurer
PO Box 33813
Detroit, MI 48232-5813

OnDeck Capital
1400 Broadway Fl 25
New York, NY 10018-5225

Pendulum Finance
548 Market St #35697
San Francisco, CA 94104

Pure Barre
c/o Sarah Luna, CEO
17877 Von Karman Ave #100
Irvine, CA 92614

Pure Barre/Xponential
Fitness, LLC
c/o Sarah Luna, CEO
17877 Von Karman Ave #100
Irvine, CA 92614

Service2.0 LC
7460 White Horse Cir
Monroe, MI 48161-5009

Signs & More
1371 Souter Dr
Troy, MI 48083-2840

Splash Advance, LLC
3350 NW 2nd Ave. A28
Boca Raton, FL 33431

TelNet Worldwide, Inc.
PO Box 430
Dearborn, MI 48121

US Small Business Administration
409 3rd Street, SW
Washington, DC 20416

US Small Business Administration
409 Third Street SW
Washington, DC 20416