UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

PB Michigan, LLC,　　　　　　　　　　　　Case No. 23-48504-LSG
　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor.　　　　　　　　　　　　　　Hon. Lisa S. Gretchko
_____/

**ORDER SCHEDULING HEARING ON DEBTOR'S FIRST DAY MOTION FOR USE OF CASH COLLATERAL**

This matter came before the Court on the Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Providing Adequate Protection to the Pre-Petition Lenders; and (III) Scheduling a Final Hearing (the "First Day Motion For Use Of Cash Collateral"; ECF No. 7). The Court has reviewed the First Day Motion For Use Of Cash Collateral and finds that it qualifies as a First Day Motion within the meaning of E.D. Mich. LBR 9001-1(b), and that cause exists to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court will conduct an expedited preliminary hearing on the First Day Motion For Use Of Cash Collateral on **October 2, 2023 at 2:00 p.m**., before the Honorable Lisa S. Gretchko, Courtroom 1975, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan 48226.

IT IS FURTHER ORDERED that Debtor's counsel must serve the First Day Motion For Use Of Cash Collateral and a copy of this Order by the close of business on September 28, 2023 upon the Subchapter V Trustee (if known) and all parties referenced in E.D. Mich. LBR 9013-1(b) and in the manner specified therein. By the close of business on September 29, 2023, Debtor's counsel must file a certificate of service demonstrating compliance with E.D. Mich. LBR 9013-1(b).

**Signed on September 28, 2023**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge