UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

PB Michigan, LLC,   Case No. 23-48504-LSG
   Chapter 11
    Debtor.   Hon. Lisa S. Gretchko
_____/

## CERTIFICATE OF SERVICE

I certify that on October 4, 2023, I served copies as follows:

| | |
|---|---|
| Document Served: | Cover Sheet for Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Providing Adequate Protection to the Pre-Petition Lenders; and (III) Scheduling a Final Hearing; Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Providing Adequate Protection to the Pre-Petition Lenders; and (III) Scheduling a Final Hearing; Supplemental Exhibit to Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Providing Adequate Protection to the Pre-Petition Lenders; and (III) Scheduling a Final Hearing; and Interim Order Granting Debtor's First Day Motion for (I) Interim Use of Cash Collateral and (II) Scheduling a Final Hearing |

| | | |
|---|---|---|
| Served Upon: | Sean M. Cowley, Esq.<br>Office of the U.S. Trustee<br>211 West Fort St., Ste 700<br>Detroit, MI  48226 | Kimberly R. Clayson, Esq.<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Rd., Ste 2500<br>Southfield, MI  48034 |
| | CT Corporation System<br>Attn:  SPRS<br>330 N. Brand Blvd., Ste 700<br>Glendale, CA  91203 | Corporation Service Company<br>PO Box 2576<br>Springfield, IL  62708 |

| Served Upon (cont.): | Pendulum Finance<br>548 Market St. #35697<br>San Francisco, CA 94104 | US Small Business Admin.<br>409 Third Street SW<br>Washington, DC 20416 |
|---|---|---|
| | 28 Grand River, LLC<br>c/o Kevin Taylor, Esq.<br>6960 Orchard Lake Rd<br>Ste 250<br>West Bloomfield, MI 48322 | Kapitus Servicing, Inc.<br>c/o Nicholas S. Laue, Esq.<br>Keller & Almassian, PLC<br>230 E. Fulton St.<br>Grand Rapids, MI 49503 |
| | American Express<br>PO Box 981535<br>El Paso TX 79998-1535 | Chase- Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| | Best Buy Credit Services<br>PO Box 78009<br>Phoenix AZ 85062-8009 | City of Detroit – Property Tax<br>PO Box 33193<br>Detroit, MI 48232-3193 |
| | Beyond Yoga – Wholesale<br>11248 Playa Ct.<br>Culver City, CA 90230-6127 | DTE<br>1 Energy Plz<br>Detroit, MI 48226-1221 |
| | Birmingham Place Associates<br>1221 Bowers St., Unit 1869<br>Birmingham, MI 48012-7074 | Everstream Solutions LLC<br>1228 Euclid Ave, #250<br>Cleveland OH 44115 |
| | Jason Firek<br>2159 Sexton Rd.<br>Howell MI 48843-8933 | Brandon Lorenz<br>8387 Boulder Shores Dr.<br>South Lyon, MI 48178 |
| | Service 2.0 LC<br>7460 White Horse Cir.<br>Monroe, MI 48161-5009 | Oakland County Treasurer<br>1200 N. Telegraph Rd.<br>Pontiac, MI 48341-1032 |
| | On Deck Capital<br>1400 Broadway Fl 25<br>New York, NY 10018-5225 | Signs & More<br>1371 Souter Dr.<br>Troy, MI 48083-2840 |

| | |
|---|---|
| Served Upon (cont.): | Dish Network, LLC<br>c/o Allied Interstate LLC<br>PO Box 19312<br>Minneapolis, MN  55419-0312<br><br>Kevin R. Erskine, Esq.<br>Assistant US Attorney<br>211 W. Fort St., Ste 2001<br>Detroit, MI  48226 |
| Method of Service: | First Class Mail |

/s/ Joy L. Brown, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for Debtor
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
jbrown@steinbergshapiro.com